**Exhibit A to the Complaint**

**Location:** Larchmont, NY

**Total Works Infringed:** 25

**IP Address:** 24.189.81.115

**ISP:** Optimum Online

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C17A2D39577A7A17B0FA308F8099E113D2E6F692 | 03/24/2019 19:53:24 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 2 | 0055B788E96EAA3B5D4A4142C2DF5337045FFD4D | 07/31/2018 04:23:47 | Vixen | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 3 | 0F45BB6442A36F52A9E5F4B7ECFA9D461091B278 | 09/04/2018 19:11:55 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 4 | 1018A676073B24EB9A7384E7BF56686079E27B27 | 08/11/2018 02:21:49 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 5 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 01/10/2019 04:18:44 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 6 | 2576C73FCD16A2BDC9675221DA0B37F983BF2064 | 03/24/2019 19:53:57 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 7 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 07/27/2018 01:25:45 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 8 | 55298BBC330B3C971890294BDE7CAC90F58A2867 | 12/25/2018 01:02:09 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 9 | 554533137FFF82A5E12D814DF4F41683E49F2039 | 03/24/2019 19:52:58 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 10 | 557890FBF8E099C480A53ECD7C3E84918FD0E573 | 08/02/2018 03:23:18 | Vixen | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 11 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | 12/25/2018 01:05:34 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 12 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | 10/23/2018 03:26:45 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 13 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | 08/10/2018 02:50:59 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 14 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | 11/18/2018 04:58:41 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 15 | 6F163C383995F829D551524573789A6FEC5C22D5 | 07/04/2018 15:21:10 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 16 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 02/16/2019 05:13:45 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 17 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 02/28/2019 02:28:41 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 8F246D98B53D9E87A4452E6E3160EEE8E7ACB663 | 08/05/2018 03:39:24 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 19 | 958114234F010ED12787587C6B9FA13E19388CF1 | 01/27/2019 23:38:17 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 20 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | 12/25/2018 01:03:55 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 21 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 02/06/2019 02:18:51 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 22 | DF978B5236C468C5F8745141EE8AF5EE9B17E4B6 | 08/08/2018 03:14:17 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 23 | EC72AB6E2428651D76E9B35E34364FBF997D62E4 | 03/09/2019 01:52:16 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 24 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 09/18/2018 20:12:31 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 25 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 11/06/2018 12:53:59 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |