**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>JOHN DOE, subscriber assigned IP address 24.189.81.115, <br><br>　　　　　Defendant. | Civil Action No. 7:19-cv-05822-KMK |

### [~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant John Doe's, subscriber assigned IP address 24.189.81.115, claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This case is closed for administrative purposes.

SO ORDERED this 24th day of February, 2020.

By: _____
**UNITED STATES DISTRICT JUDGE**
**HON. KENNETH M. KARAS**

1